IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AKEEM MUHAMMAD,

    Plaintiff,

v.                                             Case No.    4:15cv284-MW/GRJ

JULIE JONES, et al.,

    Defendants.

_____/

ORDER ACCEPTING AND ADOPTING REPORT
AND RECOMMENDATION AND REMANDING
CAUSE TO STATE COURT

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 38. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Second Motion to Remand State Court, ECF No. 21, Plaintiff's Third Motion to Remand, ECF No. 27, and Plaintiff's Motion for Reconsideration, ECF No. 28, are **GRANTED**. This cause is **REMANDED** to state court. The Clerk shall mail a certified copy of this

1

Order of Remand to the Clerk of the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida."  The Clerk shall close the file.

**SO ORDERED on November 25, 2015.**

                                          **s/MARK E. WALKER**
                                          **United States District Judge**